UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-60038-CR-LENARD/GOODMAN

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

EDWARD EASTON,
    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 62)

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge Jonathan Goodman ("Report," D.E. 62), issued on January 13, 2015, recommending that the District Court deny the defendant's Motion for Return of Property, D.E. 58. To date, no objections to the Report have been filed. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 62) issued on January 13, 2015, is **ADOPTED**.

2. The Defendant's Motion is **denied.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17 day of February, 2015.

                                                JOAN A. LENARD
                                                UNITED STATES DISTRICT JUDGE